FENNEMORE CRAIG, P.C.
Shannon S. Pierce, NV Bar No. 12471
Wade Beavers, NV Bar No. 13451
300 E. Second Street, Suite 1510
Reno, Nevada  89501
Telephone:    (775) 788-2200
Facsimile:     (775) 786-5000
Email: spierce@fclaw.com; wbeavers@fclaw.com

*Attorneys for Defendants*
Caesars Entertainment Operating Company, Inc.,
Caesars Entertainment Resort Properties, LLC, and
Caesars Linq, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Donald Richard Childs, II, | CASE NO. |
| Plaintiffs, | |
| v. | **NOTICE OF REMOVAL** |
| Caesars Entertainment Operating Company, Inc., Caesars Entertainment Resort Properties, LLC., Caesars Linq, LLC., Cromwell Manager, LLC, and Does 1 through 25, inclusive, | (Clark County, Nevada District Court, Case No. A-18-779288-C) |
| Defendants. | |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Caesars Entertainment Operating Company, Inc. ("CEOC"), Caesars Entertainment Resort Properties, LLC, ("CERP"), and Caesars Linq, LLC ("Caesars Linq") (collectively, "Defendants") hereby submit this Notice of Removal based on the following grounds:

1.   **Service of Pleadings:**

a.    Summons and Complaint.  On or about August 14, 2018, Plaintiff filed, in the Eighth Judicial District Court in and for the State of Nevada, the civil action entitled *Donald Richard Childs II v. Caesars Entertainment Operating Company, Inc. et al.*, Case No. A-18-779288-C (the "State Court Action")**.**  Copies of the Summons and Complaint in the State Court Action, which were served on the above-named Defendants on September 6, 2018, are attached as

1

FENNEMORE CRAIG, P.C.
300 East Second Street, Suite 1510
Reno, NV 89501
Tel: (775) 788-2200    Fax: (775) 786-1177

**Exhibit 1**.

b.    Additional Pleadings:  No other process, pleadings, or orders have been served on the above-named Defendants in the State Court Action.

2.    **Original Jurisdiction: Federal Question Jurisdiction:** In his Complaint, Plaintiff alleges violations of federal civil rights statutes under Title 42 of the United States Code as follows:

a.    Count I: "'*Prohibition against discrimination and segregation in places of public accommodation,' pursuant to 42 U.S. Code § 2000a*."

b.    Count II: "'*Prohibition against deprivation of, interference with, and punishment for exercising rights and privileges secured by 42 U.S. Code § 2000a,' pursuant to 42 U.S. Code § 2000a-2*."

c.    Count III: "'*Deprivation of the right to make and enforce contracts,' pursuant to 42 U.S. Code § 1981*."

d.    Count IV: "'*Deprivation of the right to make and enforce contracts,' pursuant to 42 U.S. Code § 1981*."

Plaintiff alleges no other causes of action in his Complaint.  Because Plaintiff's claims involve questions of federal law, the federal district courts of the United States have original jurisdiction over the State Court Action under 28 U.S.C. § 1331, and it is removable pursuant to 28 U.S.C. § 1441.

3.    **Removal is Timely:** Defendants have not pled, answered, or otherwise appeared in the State Court Action. Defendants file this Notice of Removal within thirty (30) days after service of the initial pleading setting forth the claims for relief upon which Plaintiff's State Court Action is based. This Notice of Removal is therefore timely filed pursuant to 28 U.S.C. § 1446(b)(1).

4.    **Proper Venue And Forum:** This Court is a proper venue and forum for removal pursuant to 28 U.S.C. § 1441(a) because Plaintiff filed the State Court Action in the Eighth Judicial District Court of the State of Nevada.

5.    **Notice to State Court**: In accordance with 28 U.S.C. § 1446(d), the undersigned certifies that concurrently with the filing of this Notice, copies of this Notice are being served on Plaintiff and filed with the Clerk of the Court in the Eighth Judicial District Court of the State of

FENNEMORE CRAIG, P.C.
300 East Second Street, Suite 1510
Reno, NV 89501
Tel: (775) 788-2200    Fax: (775) 786-1177

Nevada.

6. **Other Defendants:** Defendants are the only defendants who have appeared in the action being removed. There are no other defendants upon whom service of process has been effectuated and who therefore must join or consent to the removal of the State Court Action.

7. **Rule 11 Certification:** This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure as required by 28 U.S.C. § 1446(a).

8. **Non-Waiver:**  Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendants' right to assert any defense or affirmative matter including, but not limited to, the defenses of Plaintiff having sued the wrong entities, lack of personal jurisdiction, improper venue, insufficiency of process, insufficiency of service of process, failure to state a claim, or any other procedural or substantive defense available to Defendants.

WHEREFORE, Defendants Caesars Entertainment Operating Company, Inc., Caesars Entertainment Resort Properties, LLC, and Caesars Linq, LLC hereby remove this State Court Action now pending against them in the Eighth Judicial District Court of the State of Nevada to the United States District Court for the District of Nevada.

DATED this 26th day of September, 2018.

FENNEMORE CRAIG, P.C.


By: /s/ Shannon S. Pierce
    Shannon S. Pierce
    Wade Beavers
    300 East Second Street - Suite 1510
    Reno, Nevada 89501

    Attorneys for Defendants
    Caesars Entertainment Operating Company, Inc., Caesars Entertainment Resort Properties, LLC, and Caesars Linq, LLC

3

FENNEMORE CRAIG, P.C.
300 East Second Street, Suite 1510
Reno, NV 89501
Tel: (775) 788-2200   Fax: (775) 786-1177

**CERTIFICATE OF SERVICE**

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the attached NOTICE OF REMOVAL on the parties set forth below by:

_XX__     Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices

_____     Certified Mail, Return Receipt Requested

_____     Via Facsimile (Fax)

_____     Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered

_____     Federal Express (or other overnight delivery)

_____     Email pursuant to the parties agreement.

addressed as follows:

Donald Richard Childs II
9360 W. Flamingo Rd., Suite #110
PMB #173
Las Vegas, Nevada 89147

DATED this 27th day of September, 2018.

_____/s/ Shawna Braselton_____
An employee of FENNEMORE CRAIG, P.C.

4