# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DONALD RICHARD CHILDS, II,

    Plaintiff

v.

CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al.,

    Defendants

Case No.: 2:18-cv-01869-APG-DJA

**Order Denying Objections to Magistrate Judge's Order and Report and Recommendation**

[ECF Nos. 29, 59]

On January 16, 2019, plaintiff Donald Richard Childs, II filed a motion for leave to file a second amended complaint. ECF No. 29. On March 4, 2019, Childs filed a second motion to compel. ECF No. 42. On March 27, 2019, the defendants filed a motion to strike. ECF No. 46. And on April 1, 2019, Childs filed a motion for leave to supplement his second motion to compel. ECF No. 48.

On July 25, 2019, Magistrate Judge Hoffman entered an Order and Report and Recommendation. ECF No. 59. Judge Hoffman denied Childs's second motion to compel, denied the defendants' motion to strike, and denied Childs's motion for leave to supplement. *Id.* at 6. Judge Hoffman also recommended that I deny Childs's motion for leave to file a second amended complaint. *Id.*

Childs filed an objection to Judge Hoffman's Order and Report and Recommendation. ECF No. 61. He also filed a request that I take judicial notice of the defendants' responses to his request for admissions. ECF No. 6. I have conducted a de novo review of the issues set forth in Magistrate Judge Hoffman's Report and Recommendation, as required by the Local Rules. Childs's objection fails to offer any valid reason to undermine Judge Hoffman's decisions. Judge Hoffman's Order

and Report and Recommendation sets forth the proper legal analysis and factual basis for the decisions. And his rulings on the discovery issues are not clearly erroneous or contrary to law. I therefore deny Childs's objection and adopt Judge Hoffman's recommendation as my own.

Childs's request for judicial notice is denied because the contents of the discovery responses are not appropriate subjects for judicial notice under Federal Rule of Evidence 201 and Childs identifies no purpose for taking notice of those responses.

IT IS HEREBY ORDERED that Magistrate Judge Hoffman's Order and Report and Recommendation **(ECF No. 59) is accepted** and approved in its entirety. Plaintiff Childs's motion for leave to amend **(ECF No. 29) is denied**.

DATED this 16th day of September, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE